IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES, | No. 2:14-cv-0987 CKD P |
| Plaintiff, | ORDER |
| v. | |
| C. CLARK, et al., | |
| Defendants. | |

Good cause appearing, Defendant Stephens' Nunc Pro Tunc Request for Modification of the Scheduling Order (ECF No. 33) is GRANTED. Discovery will be extended up to and including May 11, 2015.

IT IS SO ORDERED.

Dated: April 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE