UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES,<br><br>            Plaintiff,<br><br>     v.<br><br>C. CLARK, et al.,<br><br>            Defendants. | No. 2:14-cv-0987 CKD P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to defendant's August 12, 2015 motion for summary judgment. (ECF No. 48.) However, due to outstanding discovery issues, the court has vacated the dispositive motion deadline. (ECF No. 47.) Similarly, plaintiff need not respond to defendant's summary judgment motion until the discovery process is complete. The court will reset the dispositive motion deadline at a later time, along with a deadline for plaintiff to respond to defendant's motion.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff need not respond to defendant's motion for summary judgment (ECF No. 44) until the court so orders; and

2. Plaintiff's motion for extension of time (ECF No. 48) is denied as moot.

Dated:  September 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jone0987.36