IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>C. CLARK, et al.,<br><br>　　　　　　　　　　　Defendants. | No. 2:14-cv-0987 CKD P<br><br>ORDER |

　　　Defendant Stephens has requested to seal the following five documents: (1) November 30, 2012 Institutional Executive Review Committee Critique and Qualitative Evaluation; (2) November 30, 2012 IERC Use of Force Review and Further Action Recommendation; (3) September 25, 2012 Incident Commander's Review/Critique Use of Force Incidents; (4) October 2, 2012 Manager's Review – First level Use of Force Incidents; and (5) October 3, 2012 Manager's Review – Second Level Use of Force Incidents.  (See ECF No. 47 at 6.)

　　　Good cause appearing, Defendant's request to seal these documents pursuant to Local Rule 141 (ECF No. 50) is GRANTED.

Dated:  September 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE